Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

| In re: | Case No. 01-45327 RN |
|---|---|
| OfficePlease, Inc. | Chapter 7 |
| | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $15,567.85. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 5 | Ps Home/Sanderson Design<br>2020 Mountain Blvd.,<br>Oakland, CA 94611 | 10,854.17 | 146.04 |
| 8 | Core Media Connections<br>720 York St., Suite 116,<br>San Francisco, CA 94110 | 23,750.00 | 319.54 |
| 12 | Doreen Jakubcak<br>3202 Wheatland Farms Dr.,<br>Oakton, VA 22124 | 25,000.00 | 336.36 |
| 21 | Wai Po Investment, Ltd.<br>Attn: Zheng Wan, 19 Gao You Rd., Shanghai 200031<br>, | 1,097,479.45 | 14,765.91 |
| | Total Unclaimed Dividends | | $15,567.85 |

Dated: January 24, 2011

/s/Paul Mansdorf
Paul J Mansdorf, TRUSTEE