Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

RECEIVED
JAN 31 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
JAN 25 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

OfficePlease, Inc.

Debtor(s)

Case No. 01-45327 RN

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $15,567.85. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 5 | Ps Home/Sanderson Design<br>2020 Mountain Blvd.,<br>Oakland, CA 94611 | 10,854.17 | 146.04 |
| 8 | Core Media Connections<br>720 York St., Suite 116,<br>San Francisco, CA 94110 | 23,750.00 | 319.54 |
| 12 | Doreen Jakubcak<br>3202 Wheatland Farms Dr.,<br>Oakton, VA 22124 | 25,000.00 | 336.36 |
| 21 | Wai Po Investment, Ltd.<br>Attn: Zheng Wan, 19 Gao You Rd.,Shanghai 200031 | 1,097,479.45 | 14,765.91 |
|  | Total Unclaimed Dividends | | $15,567.85 |

Dated: January 24, 2011

PAUL J MANSDORF, TRUSTEE